# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 8/18/2025
Case: 25–04031    Form ID: ODSCY    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Donald James Runnals    9 Middle Rd.    Lafayette, CA 94549

TOTAL: 1