# Notice Recipients

District/Off: 0971−4     User: admin     Date Created: 8/18/2025
Case: 25−04031     Form ID: NTCPLA     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Donald James Runnals     9 Middle Rd.     Lafayette, CA 94549

TOTAL: 1