# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 8/18/2025 |
| Case: 25–04031 | Form ID: SUM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Donald James Runnals      9 Middle Rd.      Lafayette, CA 94549

TOTAL: 1