1

2  PETER WINKLER LAW OFFICE
   Peter Winkler, Esq. (SBN 92377)
3  104-A Main Street
   Tiburon, CA 94920
4  Telephone: (415) 435-2677
   Email: winkler@winklerlaw.com;
5  winklerlaw9@gmail.com

6  Attorney for Plaintiff
7  Donald James Runnals

8

9              UNITED STATES BANKRUPTCY COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION

11

12 IN RE                              Case No. 25-41356

13  DONALD JAMES RUNNELS,             Chapter 11

14              DEBTOR,               Adv No. 25-04031

15  _____

16 DONALD JAMES RUNNELS,             EMERGENCY MOTION FOR
                                     TEMPORARY RESTRAINING ORDER
17          Plaintiff Debtor,         AND ORDER TO SHOW CAUSE RE
                                     PRELIMINARY INJUNCTION
18 vs.

19 PHH MORTGAGE CORPORATION; U.S.
20 BANK NATIONAL ASSOCIATION, AS      Date:
   TRUSTEE FOR LEHMAN MORTGAGE        Time:
21 PASS-THROUGH CERTIFICATES, SERIES  Place: Courtroom 220
   2007-2; MORTGAGE ELECTRONIC        1300 Clay Street
22 SYSTEMS, INC.;WESTERN              Oakland, CA 94612
   PROGRESSIVE, LLC; ALDRIDGE PITE,   Judge: Hon. William J. Lafferty, III
23 LLP; THE INTERNAL REVENUE SERVICE,
   MICHAEL JOHN RUSH, THE OFFICE OF
24 THE UNITED STATES TRUSTEE; CARLA
   K. CORDERO; AND PAUL LEAHY, DOES 1-
25 50.,
26          Defendants

27

28          I.  RELIEF REQUESTED

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION - 1

An immediate TRO and OSC enjoining any foreclosure sale or transfer of title to 9 Middle Road, Lafayette, CA 94549 pending a preliminary-injunction hearing (FRBP 7065; FRCP 65; 11 U.S.C. §105(a)).

## II. LEGAL STANDARD

*Winter v. NRDC*, 555 U.S. 7 (2008); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011). FRBP 7065 and §105(a) authorize injunctive relief.

## III. FACTS (abbrev.)

Disputes exist over who is the "person entitled to enforce" under Cal. Com. Code §3301; authenticity/timing of endorsements/allonges; custodial/boarding records (FRE 803(6), 902(11)). Plaintiff served a 2025 three-phase notice sequence and TILA rescission with tender. Health hardship—senior military veteran; spouse has dementia; COVID-related dizziness. No sale is set as of 11/3/25, but a sale could be noticed at any time.

## IV. IRREPARABLE HARM

Loss of homestead is unique and not compensable by money damages.

## V. BALANCE of EQUITIES & PUBLIC INTEREST

Preserving the status quo harms no one and protects seniors/veterans; public interest favors preventing wrongful foreclosure.

## VI. SECURITY

Any bond should be nominal given hardship/equities.

## VII. REQUESTED ORDERS

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION - **2**

(1) TRO enjoining sale/transfer; (2) OSC setting PI hearing; (3) preservation of original note/allonges and foreclosure file; (4) limited expedited discovery on PETE/chain-of-title and FRE 803(6)/902(11); (5) alternatively, a short administrative stay pending the PI hearing.

Respectfully,

Dated: November 5, 2025                    By: */s/ Peter Winkler, Esq.*

                                           PETER WINKLER LAW OFFICE
                                           Peter Winkler, Esq. (SBN 92377)
                                           Attorney for Debtor-in-Possession
                                           Donald James Runnals

DECLARATION OF PETER WINKLER IN SUPPORT OF EMERGENCY TRO/OSC AND

CERTIFICATION UNDER FRCP 65(b)(1)(B)

I, PETER WINKLER, declare:

    1. I am counsel of record for Plaintiff/Debtor-in-Possession Donald James Runnals. I am admitted to practice in this Court. I submit this declaration in support of Plaintiff's Emergency Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

    2. Procedural history (abbreviated). Defendants filed motions under Rule 12(b)(6) and related requests for judicial notice; Plaintiff filed an Opposition and Plaintiff's RJN (existence only). The Court held a hearing on October 29, 2025. In light of the uncertainty following that hearing and the risk of imminent foreclosure activity, Plaintiff seeks immediate injunctive relief to maintain the status quo pending limited discovery and a preliminary-injunction hearing.

    3. Limited discovery needed. The merits turn on fact questions including: (i) whether any Defendant is the "person entitled to enforce" under Cal. Com. Code § 3301; (ii) authenticity/timing of endorsements and allonges; (iii) chain-of-custody/custodial records; and (iv) admissible business-records foundation for any payment history (FRE 803(6), 902(11)).

Plaintiff is prepared to conduct short, targeted discovery and to inspect the original, wet-ink Note and allonges within 14 days if ordered.

4. FRCP 65(b)(1)(B) notice certification. On November 3, 2025, prior to filing the Emergency TRO/OSC papers, I conferred by email with defense counsel Adam N. Barasch (Stinson LLP) and Jillian A. Benbow (Aldridge Pite), advising that Plaintiff would seek emergency relief to preserve the status quo and requesting their position and any available sale-status information. I will promptly serve all TRO papers via CM/ECF and email. If the Court permits a same-day or expedited hearing, I will provide contemporaneous notice by email and telephone and will be available for any scheduling the Court directs.

5. Proposed schedule. Plaintiff respectfully requests an expedited OSC schedule (opposition due 24 hours before the hearing; reply due 12 hours before) and limited expedited discovery as set forth in the accompanying motion and proposed order.

6. Exhibits. True and correct copies of counsel's notice emails to defense counsel; the October 6, 2025 Rule 26(f) scheduling communication; and the USPS confirmations referenced by Mr. Runnals are attached or incorporated by reference from Plaintiff's RJN and prior filings.

I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed on November 3, 2025       */s/ Peter Winkler*
Peter Winkler, Esq. (SBN 92377)

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION **- 4**

DECLARATION OF DONALD JAMES RUNNALS IN SUPPORT OF EMERGENCY
MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION

I, DONALD JAMES RUNNALS, declare:

1. I am the Plaintiff and Debtor-in-Possession in this adversary proceeding and the related Chapter 11 case. I make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. My wife and I reside at 9 Middle Road, Lafayette, California 94549 (the "Property"). We have owned and lived in the Property for more than twenty years. I am a U.S. military veteran over the age of 75. My spouse is over 80 and suffers from dementia. Since 2025 we have also dealt with COVID-related dizziness and mobility issues.

3. This adversary proceeding was filed on August 13, 2025 (Adv. No. 25-04031). It challenges, among other things, Defendants' standing to foreclose and the chain-of-title and custodial history for the promissory note and deed of trust. The main bankruptcy case is No. 25-41356 (Chapter 11).

4. In June–August 2025, I caused a three-phase notice sequence to be delivered to the servicer/beneficiary, including a TILA rescission with tender. Specifically: (a) First Notice of Adequate Assurance (mailed June 18, 2025; delivered June 27, 2025); (b) Second/Final Notice (mailed July 17, 2025; delivered July 28, 2025; Registered No. RF133015796US); and (c) Third/Final Notice and TILA Rescission with Tender (dated August 19, 2025; delivered August 25, 2025; Registered No. RF133015822US). USPS confirmations and copies of these notices are included with my exhibits.

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE RE PRELIMINARY INJUNCTION - 5

5. As of today's date, to the best of my knowledge, no foreclosure sale is currently set. However, a sale could be noticed or rescheduled on short time, and we have been unable to obtain clarity on the current status from Defendants.

6. If Defendants are permitted to notice or conduct a foreclosure sale, or to record a trustee's deed or otherwise transfer title to the Property, my wife and I will suffer immediate and irreparable harm. The Property is our longtime homestead and is uniquely suited to our medical and mobility needs. We cannot be made whole by money damages after a forced sale and displacement.

7. The balance of equities favors preserving the status quo. We seek only to maintain the Property pending targeted discovery on: (i) who is the "person entitled to enforce" the Note under Cal. Com. Code § 3301; (ii) the authenticity and timing of endorsements/allonges; (iii) chain-of-custody/custodial records; and (iv) the admissibility/foundation of any payment history (FRE 803(6), 902(11)).

8. I am informed and believe that Defendants have not yet produced competent evidence demonstrating their status as the person entitled to enforce the Note, nor have they presented the original, wet-ink Note with allonges for inspection. I respectfully request the Court to order a short inspection and limited expedited discovery.

9. I am willing to comply with reasonable conditions the Court may impose, including setting or depositing a nominal security/bond if required, in light of our hardship and limited fixed income.

10. Attached (or incorporated by reference) are true and correct copies of: **EXHIBIT A** the three-phase notices including the TILA rescission with tender; with the USPS delivery confirmations for the 2025 notices; and a physician letter supporting our health limitations (to be filed under seal if the Court prefers).

11. I make this declaration to support the Emergency TRO and OSC re Preliminary Injunction to prevent a foreclosure sale, trustee's deed, or other transfer of title pending a prompt preliminary-injunction hearing and short, targeted discovery.

I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed on November 3, 2025         */s/ Donald James Runnals*
                                     Donald James Runnals

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE RE PRELIMINARY INJUNCTION - 7

**PROPOSED ORDER**

**TEMPORARY RESTRAINING ORDER**

**AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

IT IS ORDERED that Defendants and their agents are **TEMPORARILY RESTRAINED** from noticing or conducting any foreclosure sale, recording a trustee's deed, or transferring title to **9 Middle Road, Lafayette, CA 94549**, pending further order.

The Court will hear Plaintiff's request for a preliminary injunction on **_____, 2025 at _____**, Courtroom 220, 1300 Clay Street, Oakland, CA.

The parties shall meet and confer regarding **limited expedited discovery** focused on PETE/§3301, endorsements/allonges, and business-records foundation (FRE 803(6), 902(11)).

Dated: _____

_____

Hon. William J. Lafferty, III

Respectfully submitted by: PETER WINKLER LAW OFFICE,
Peter Winkler, Esq. (SBN 92377),
Attorney for Debtor-in-Possession Donald James Runnals

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE RE PRELIMINARY INJUNCTION - 8

# EXHIBIT A

The three-phase notices including the TILA rescission with tender; with the USPS delivery confirmations for the 2025 notices.

**SECOND NOTICE OF ADEQUATE ASSURANCE OF DUE PERFORMANCE
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS
NOTICE TO PRINCIPAL**

**NON-NEGOTIABLE**

**Date:** July 17, 2025                              Registered Number: **RF 133 015 796 US**

**From:**
Donald J. Runnals
9 Middle Road
Lafayette, CA 94549

**To:**
PHH Mortgage Services
P.O. Box 65227
Salt Lake City, UT 84165

**Subject:** Second Administrative Notice – Adequate Assurance of Due Performance and
Challenge of Standing and Derecognition
**Re: Loan #7190888334 | Property: 9 Middle Road, Lafayette, CA 94549**

Dear Officers and/or Agents of PHH Mortgage Services and U.S. Bank National Association, as
Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2:

This constitutes your second and final notice and opportunity to provide full and adequate
assurance of due performance pursuant to UCC §2-609 and supporting Articles 3 and 9. You
were previously served by registered mail on June 17, 2025 (Received June 27, 2025, RF 133
015 782 US), with a lawful demand for documentation and sworn affirmation of your authority
and standing to collect and enforce an alleged mortgage obligation on the above-referenced
property.

To date, you have failed to respond. Therefore, you are hereby noticed again to cure this
deficiency by responding within ten (10) days from the date of this notice with the following:

1. A certified copy of the original, wet-ink signed promissory note and any allonge;
2. Documentation evidencing lawful consideration at origination (e.g., wire transfer of
   pre-existing funds, balance sheet records, or warehouse line documentation);
3. A complete and certified chain of title showing transfers, endorsements, assignments, or
   sales from the originating lender to your principal and to you;
4. Proof of current creditor status including accounting recognition or derecognition of the
   asset by any claiming party;
5. Custodial records, pooling and servicing agreements (if applicable), or warehouse
   transfer documentation supporting asset ownership and control;

6. An affidavit under penalty of perjury by a corporate officer with personal knowledge addressing:
   o Current holder in due course status;
   o Location and custody of the note;
   o Date and authority of transfers;
   o That GAAP-compliant accounting has been followed per 12 U.S.C. §1831n and 12 C.F.R. §741.6(b);
7. Admission or denial as to whether the originating lender, IndyMac Bank, F.S.B., was a federally regulated entity at the time of loan origination;
8. Admission or denial as to whether the subject loan has been derecognized from the books of any party since origination.

Failure to timely respond and provide the above will constitute:

- Administrative default;
- Tacit admission of no standing or authority to enforce or collect;
- Acknowledgment that the obligation is void for lack of consideration;
- That no valid and enforceable security interest remains attached to the subject property;
- Authorization for me to proceed with a rescission and filing of a security interest to preserve my rights.

Your failure to respond to this notice and the first notice shall form the evidentiary basis for a forthcoming administrative notice of rescission and tender. All rights are hereby reserved without prejudice.

Sincerely,



Donald J. Runnals
Beneficiary / Principal

**Enclosures:** Copy of First Notice of Adequate Assurance, Declaration of Private Investigator William J. Paatalo

### Declaration of Private Investigator William J. Paatalo
### In Support of Second Administrative Notice for Donald J. Runnals

I, William J. Paatalo, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct to the best of my knowledge:

1. I am a licensed private investigator (OR PSID #49411) and nationally recognized expert in the fields of mortgage fraud investigation, chain of title analysis, securitization auditing, and forensic loan examination. I have spent more than 15 years investigating mortgage transactions, securitization structures, and banking practices across the United States, and I have testified as an expert witness in over 450 legal proceedings involving residential mortgage-backed securities (RMBS), regulatory compliance, and creditor standing.

2. I have been retained by Donald J. Runnals for the purpose of conducting an independent investigation into the origin, accounting treatment, and current enforceability of the loan purportedly associated with 9 Middle Road, Lafayette, CA 94549, referenced as Loan #7190888334.

3. Based on preliminary review of the loan file, public records, and standard banking practices, it appears that the originating lender was IndyMac Bank, F.S.B., and that the loan may have been securitized into a trust titled Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2. The practices of IndyMac Bank, F.S.B. during the 2000s, and subsequent handling by securitization trustees, raise questions as to whether this loan was derecognized and removed from the books of any entity currently claiming creditor status.

4. Pursuant to Generally Accepted Accounting Principles (GAAP), derecognition occurs when a financial asset is sold or transferred and is no longer carried as a receivable on the institution's balance sheet. If the loan has been derecognized, any enforcement claim must be supported by documentary evidence showing lawful assignment, valid chain of title, and accounting recognition by the current claimant.

5. In order to complete my investigation and determine whether the subject loan has been derecognized, I require access to GAP accounting records and internal servicing data for this transaction, including but not limited to balance sheet treatment, custodial records, and asset transfer history by any entity claiming ownership.

Executed this 9th day of July, 2025 in Whitefish, Montana.

William J. Paatalo
Private Investigator
OR PSID #49411
Whitefish, Montana 59937

# Non-Negotiable

## Notice of Adequate Assurance of Due Performance

- ## NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

June 17, 2025                                    Registered # **RF 133 015 782 US**

From:
Donald J. Runnals
9 Middle Road
Lafayette, CA 94549

To:
PHH Mortgage
1 Mount Laurel
Mount Laurel, NJ 08054

Subject: Loan # 7190888334 (Re: 9 Middle Road, Lafayette, CA 94549)

Dear Officers and/or Agents for Lender / Creditor:

**This debt is disputed under the Fair Debt Collection Practices Act, and pursuant to UCC 2-609.**

Before I pay, I want to know the details of what the entire loan agreement is, and if you performed according to the agreement. It has come to my attention, after consulting with experts in the field of forensics and accounting, researching the United States Code, the corresponding Code of Federal Regulations, the Uniform Commercial Code, and certain Federal Reserve Bank Publications, that there is reason to believe that the alleged Lender / Creditor is not the Holder in Due Course of my original promissory note and/or may have breached the loan agreement concerning the above referenced loan.

Since I paid money in the form of a promissory note to the original alleged Lender (Indymac Bank, F.S.B.) to perform according to a loan agreement, I am now hereby requesting Adequate Assurance of Due Performance pursuant to UCC 2-609 that Ditech has performed according to the loan agreement, and that Ditech, or any successor in interest, used their own money to purchase my promissory note, and did not accept my promissory note as money or like money to fund the check or similar instrument that

1. Notice of Adequate Assurance of Due Performance Pursuant to UCC 2-609

Ditech then lent to me – which would have an economic effect similar to stealing, counterfeiting, and swindling.

In addition, I want assurance that Ditech and the current alleged Lender / Creditor ("U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2") has followed the Federal Laws 12 U.S.C. Sec. 1831(n)(a)(2)(A) and/or 12 C.F.R. 741.6(b) regarding Generally Accepted Accounting Principles (GAAP) and Generally Accepted Auditing Standards (GAAS) concerning this loan.

I am hereby requesting that an authorized officer or agent for "U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2" sign and return the attached affidavit within 15 days of the date of this Notice. Also attached is an affidavit signed by me stating that I have personal knowledge of the terms of the loan agreement.

This is my good faith attempt to settle this matter and clear up any confusion about the terms of the loan agreement prior to any objections being filed on the matter. Failure to respond will be deemed a dishonor of this notice. The affidavits are evidence that may be used according to the federal rules of evidence to prosecute or enforce any default by you in this matter. Furthermore, failure to respond will deem the facts in my affidavit as true, and as confirmation that I was in fact the creditor in the alleged loan transaction. As such, the contract will be deemed repudiated per UCC 2-609(4) resulting in a secured creditor lien in the form of a UCC registration to be executed as is my right, My expert(s) are prepared to offer testimony should it be necessary.

Sincerely,

Donald J. Runnals

Encls:
Signed Affidavit of Donald J. Runnals
Unsigned Affidavit of Officer – PHH Mortgage Services
The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS, Federal Reserve Bank of Chicago

2. Notice of Adequate Assurance of Due Performance Pursuant to UCC 2-609

County of Contra Costa )

) ss.

State of California )


## AFFIDAVIT OF DONALD J. RUNNALS

The undersigned affiant, being duly sworn on oath, deposes and says: that I understand that an exchange is not a loan. Indymac Bank, F.S.B. (Indymac), the "alleged original lender," claimed it lent money to me as a "loan" and claimed it would charge interest as compensation for lending me its money. I have since learned that Indymac never lent me any money.

Financial institutions' audit opinions claim that financial institutions involved in issuing alleged loans or mortgage loans follow Generally Accepted Accounting Principals (GAAP). There is a dispute regarding who loaned what to whom regarding the alleged loan. The alleged original lender claims that they lent me their money. The current alleged lender / creditor, "U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2," claims to hold loan papers with the affiant's name on them as evidence of a debt.

The bookkeeping entries will show, with a reasonable degree of certainty, that the opposite occurred; that the affiant was the lender and that the alleged original lender () was the borrower.

The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992 attached herewith), contains standard bookkeeping entries demonstrating that money ordinarily is recorded as a bank asset, while a bank liability is evidence of money that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as money deposited to create credit or checkbook money that are bank liabilities, which shows that, absent any right of setoff, banks owe money to persons who deposit money. Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash. See, 12 U.S.C. Section

1. Affidavit of Donald J. Runnals

1813 (I)(1) (definition of "deposit" under Federal Deposit Insurance Act). MODERN MONEY MECHANICS, page 6, says, "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.

According to GAAP, this is what happened: the alleged original lender (Indymac) never lent one cent to the affiant as adequate consideration to purchase the affiant's promissory note. The affiant first became the lender to Indymac and Indymac was the borrower. The closing agent, per the Underwriting Bank's instructions, delivered my promissory note directly from the closing table to the Underwriting Bank's or its designated agent prior to the closing and settlement of the account three business days later.

According to GAAP, the Underwriting Bank (UB) or its designated agent (DA) then recorded the promissory note as a bank asset offset by a bank liability ("deposited" like a check). The promissory note was recorded as a bank asset in exchange for credits in the affiant's transaction account or to give value to a check or similar instrument. The matching principle in GAAP requires that there be a matching liability offsetting the promissory note recorded as an asset, and that the liability shows that the bank / alleged lender owes the alleged borrower (Me) money for the promissory note that was lent to and delivered directly to the UB or its DA. The promissory note was deposited in a similar manner as cash is deposited into a checking account. Depositing cash or a promissory note into a checking account or a transaction account is the same or similar to loaning the alleged original lender, or the Bank, the cash or promissory note.

According to GAAP, when the UB or its DA deposited the promissory note and credited the affiant's transaction account, the UB or its DA, the one who deposited the promissory note, recorded a loan from the affiant to the UB or DA, making the affiant the lender and the UB or DA the borrower.

Once the 3-day "cooling off" period to rescind the transaction had expired, the UB or DA returned the equivalent in equal value of the loan to me, the lender per GAAP. When the money was repaid to Me, the true lender per GAAP, Indymac claimed that the repaid money was a loan to a borrower named Donald J. Runnals and ignored the bookkeeping entries which prove the money trail of who lent what to whom. It is my understanding that the Uniform Commercial Code recognizes that the depositing of any check is a deliberate act to transfer funds, which constitutes the cancellation of the negotiable instrument. In other words, any alleged debt that I owe, which I dispute, was effectively discharged upon deposit, which under the tax code, required the filing of form 1099-C with the Internal Revenue Service.

2. Affidavit of Donald J. Runnals

The current alleged lender / creditor now claims to be the successor lender and creditor using a promissory note as evidence they lent money to the affiant when GAAP will show, with a reasonable degree of certainty, that the opposite happened. Indymac did the opposite of what the affiant understood and believed was to happen, creating an economic effect similar to stealing, counterfeiting and swindling against the affiant.

The cost and risk of the loan agreement changed. If a true lender lent $100 to a borrower and the borrower repays the loan, there is equal protection under the law and agreement. There is no economic effect similar to stealing, counterfeiting and swindling. If an alleged lender steals $100 from the borrower and returns the $100 to the borrower as a loan, the cost and risk changes and the economics of the alleged loan is similar to stealing and swindling.

Further affiant sayeth not.

By: _____
Donald J. Runnals

6/16/25

3. Affidavit of Donald J. Runnals

**CALIFORNIA JURAT**

**GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Contra Costa_

Subscribed and sworn to (or affirmed) before me on

this _16th_ day of _June_, 20_25_, by
    Date         Month        Year

(1) _Donald J. Runnals_

(and (2) _____ ),
              *Name(s) of Signer(s)*

EVERETT CARL FISCHER
Notary Public - California
Contra Costa County
Commission # 2421937
My Comm. Expires Oct 15, 2026

*Place Notary Seal and/or Stamp Above*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Everett Fische_

*Signature of Notary Public*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Donald J. Runnals_

Document Date: _____ Number of Pages: _4_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

County of _____ )

              ) ss.

State of _____ )

**AFFIDAVIT OF _____,**

**ON BEHALF PHH MORTGAGE SERVICES.**

The undersigned affiant, being duly sworn on oath, deposes and says:

That he/she is an officer of PHH Mortgage Services. That PHH Mortgage Services claims to hold the promissory note of Donald J. Runnals in the original, principal amount of $780,000.00, on behalf of "U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2" (the current alleged "Lender / Creditor"). That he/she, as an officer of PHH Mortgage Services, and has the authority to execute this affidavit on behalf of the company and to bind the same to its provisions

The loan agreement has the following terms:

The current alleged Lender / Creditor follows GAAP per Title 12 U.S.C. § 1831(n). The intent of the loan agreement is that the party who funded the loan, per bookkeeping entries, is to be repaid the money loaned. According to the bookkeeping entries, the original lender (Indymac Bank, F.S.B.) used its money as adequate consideration to purchase the promissory note of Donald J. Runnals on 01/09/2007. In turn, "U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2" used its money as adequate consideration to purchase the promissory note of Donald J. Runnals on 01/12/2007. The promissory note was not used as value to give value to a check or similar instrument or checking account (a/k/a "Borrower Transaction Account"). I affirm that I understand the terms and conditions of the loan agreement.

I further affirm the following, pursuant to UCC and applicable federal regulations:

- That our party is a holder in due course under UCC §3-302;
- That we are in possession of, or have lawful right to enforce, the original promissory note;
- That there exists a complete and verifiable chain of title and chain of custody from the original lender, Ditech, to "U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2";
- That Generally Accepted Accounting Principles (GAAP) and Generally Accepted Auditing Standards (GAAS) were adhered to in accordance with 12 C.F.R. §741.6(b) and 12 U.S.C. §1831n.


Signed under penalty of perjury under the laws of the State of _____.


_____

Signature of Officer

Officer Name:_____        Officer Title:_____

# NOTARY


State of _____

County of _____

Signed and sworn to (or affirmed) before me on _____ (date)

by _____

(Name(s) of individual(s) making statement) _____

Signature of notarial officer   _____

Stamp


Name of Notary Public

Notary Public, State of New Jersey Title of office

My commission expires (date)

**ALERT: TROPICAL STORM CHANTAL, SEVERE WEATHER, AND FLOODING ALONG THE EAST ...**

# USPS Tracking®

FAQs >

Tracking Number:                                          Remove ✕

## RF133015782US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:01 am on June 27, 2025 in MOUNT LAUREL, NJ 08054.

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
MOUNT LAUREL, NJ 08054
June 27, 2025, 4:01 am

● **Arrived at Post Office**
MOUNT LAUREL, NJ 08054
June 27, 2025, 3:59 am

● **Processing at USPS Facility**
BELLMAWR, NJ 08099
June 27, 2025, 12:05 am

● **Processing at USPS Facility**
PHILADELPHIA, PA 19176
June 26, 2025, 12:44 am

● **Processing at USPS Facility**
CHICAGO, IL 60699
June 22, 2025, 12:27 pm

● **Processing at USPS Facility**
CHICAGO, IL 60699
June 22, 2025, 11:51 am

Feedback

**Arrived at USPS Regional Facility**

CHICAGO IL DISTRIBUTION CENTER
June 21, 2025, 11:57 pm

**Processing at USPS Facility**

SAN FRANCISCO, CA 94188
June 19, 2025, 2:53 am

**Processing at USPS Facility**

SAN FRANCISCO, CA 94188
June 19, 2025, 12:24 am

**Arrived at USPS Regional Origin Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
June 18, 2025, 4:07 am

**Processing at USPS Facility**

OAKLAND, CA 94615
June 17, 2025, 8:33 pm

**Processing at USPS Facility**

OAKLAND, CA 94615
June 17, 2025, 8:28 pm

**Departed Post Office**

LAFAYETTE, CA 94549
June 17, 2025, 5:01 pm

**USPS in possession of item**

LAFAYETTE, CA 94549
June 17, 2025, 10:33 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                        ⌄

**Product Information**                                          ⌄

**See Less** ⌃

Case: 25-04031     Doc# 33     Filed: 11/06/25     Entered: 11/06/25 11:57:02     Page 22 of
                                                    28

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY ...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## RF133015796US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:20 am on July 28, 2025 in SALT LAKE CITY, UT 84115.

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
SALT LAKE CITY, UT 84115
July 28, 2025, 9:20 am

● **Available for Pickup**
SOUTH SALT LAKE
3161 S WEST TEMPLE
SOUTH SALT LAKE UT 84115-9998
M-F 0800-1730; SAT 1000-1400
July 26, 2025, 8:27 am

● **Arrived at Post Office**
SALT LAKE CITY, UT 84115
July 26, 2025, 8:11 am

● **Processing at USPS Facility**
SALT LAKE CITY, UT 84199
July 25, 2025, 10:54 pm

● **Arrived at USPS Regional Destination Facility**
SALT LAKE CITY UT DISTRIBUTION CENTER
July 25, 2025, 9:33 pm

● **Processing at USPS Facility**
SAN FRANCISCO, CA 94188

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=RF133015796US%2C&tABt=false

1/3

July 25, 2025, 12:03 am

**Processing at USPS Facility**
SAN FRANCISCO, CA 94188
July 25, 2025, 12:01 am

**In Transit to Next Facility**
July 22, 2025

**Arrived at USPS Regional Origin Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 18, 2025, 5:25 am

**Processing at USPS Facility**
OAKLAND, CA 94615
July 17, 2025, 8:54 pm

**Arrived at USPS Regional Origin Facility**
OAKLAND CA DISTRIBUTION CENTER
July 17, 2025, 8:07 pm

**Departed Post Office**
LAFAYETTE, CA 94549
July 17, 2025, 5:07 pm

**USPS in possession of item**
LAFAYETTE, CA 94549
July 17, 2025, 10:36 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                              ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Case: 25-04031   Doc# 33   Filed: 11/06/25   Entered: 11/06/25 11:57:02   Page 24 of 28

**Non-Negotiable**

**THIRD AND FINAL NOTICE OF DEFAULT AND NOTICE OF RESCISSION**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

August 19, 2025                                       Registered Number: RF 133 015 822 US

From: Donald J. Runnals 9 Middle Road, Lafayette, CA 94549

To: PHH Mortgage Services P.O. Box 65227 Salt Lake City, UT 84165

Subject: Loan #7190888334 (Re: 9 Middle Road, Lafayette, CA 94549)

Dear Officers and/or Agents of PHH Mortgage Services and U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2:

You are hereby given this THIRD AND FINAL NOTICE OF DEFAULT and formal NOTICE OF RESCISSION.

This administrative notice follows your failure to respond to two prior Notices of Adequate Assurance of Due Performance, which were duly mailed via certified U.S. Mail on the following dates:

1st Notice: Mailed June 18, 2025, Received June 27, 2025 – USPS Reg. #RF 133 015 782 US
2nd Notice: Mailed July 17, 2025, Received July 28, 2025 – USPS Reg. #RF 133 015 796 US

Your continued failure to answer or rebut the affidavits and notices constitutes a material breach, administrative default, and a tacit admission under UCC 1-205 and 2-609. Moreover, our independent forensic review and legal research now confirms that the original loan transaction was initiated by Countrywide Home Loans, Inc.—a non-federally regulated entity at the time of origination. Therefore, pursuant to the Supreme Court ruling in Jesinoski v. Countrywide Home Loans, Inc., and due to your non-response, this serves as formal NOTICE OF RESCISSION.

As of the date of this notice, you are hereby given TWENTY (20) DAYS to honor your statutory duties under the Truth in Lending Act (TILA), to fully unwind the transaction, cancel all security instruments, return the canceled promissory note (if it exists), and make all necessary adjustments to reflect the rescission.

Donald J. Runnals stands ready, willing, and able to tender lawful payment as may be required based on your full and verified performance as lawful Holder in Due Course and upon proper production of valid accounting, GAAP compliance, chain of title evidence, and a full audit trail establishing lawful funding.

Absent a response or rebuttal within twenty (20) days from the date of this notice, this rescission shall be deemed perfected and final under the operation of law, and any further action taken against the property or its title shall be considered willful fraud and trespass.

All rights reserved without prejudice.

Sincerely,

Donald J. Runnals

# USPS Tracking®

**FAQs** ❯

**Remove** ✕

Tracking Number:

## RF133015822US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:40 am on August 25, 2025 in SALT LAKE CITY, UT 84165.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
SALT LAKE CITY, UT 84165
August 25, 2025, 8:40 am

**Arrived at Post Office**
SALT LAKE CITY, UT 84115
August 23, 2025, 8:24 am

**Processing at USPS Facility**
SALT LAKE CITY, UT 84199
August 22, 2025, 11:04 pm

**Arrived at USPS Regional Destination Facility**
SALT LAKE CITY UT DISTRIBUTION CENTER
August 22, 2025, 10:50 pm

**Processing at USPS Facility**
SAN FRANCISCO, CA 94188
August 22, 2025, 12:09 am

**Processing at USPS Facility**
SAN FRANCISCO, CA 94188
August 22, 2025, 12:06 am

**In Transit to Next Facility**

Feedback

August 21, 2025

**Arrived at USPS Regional Origin Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER

August 20, 2025, 4:12 am

**Processing at USPS Facility**

OAKLAND, CA 94615

August 19, 2025, 8:31 pm

**Processing at USPS Facility**

OAKLAND, CA 94615

August 19, 2025, 8:00 pm

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER

August 19, 2025, 6:27 pm

**Departed Post Office**

LAFAYETTE, CA 94549

August 19, 2025, 5:07 pm

**USPS in possession of item**

LAFAYETTE, CA 94549

August 19, 2025, 10:36 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                              ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and served a copy of the foregoing **EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** on November 6, 2025. Service was accomplished by the method and to the following as indicated.

**CM/ECF Electronic Service**
**Served automatically through the Court's CM/ECF system on:**

MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
STINSON LLP
Adam.barasch@Stinson.com
Attorneys for: PHH MORTGAGE CORPORATION c/o Corporation Service Company U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2

Jillian A. Benbow (SBN 246822)
JBenbow@aldridgepite.com
Asaph Abrams
Aldridge Pite, LLP
Attorneys for:
WESTERN PROGRESSIVE, LLC dba Altisource

MICHAEL JOHN RUSH c/o Internal Revenue Service 1301 Clay Street Oakland, CA 4612

CARLA K. CORDERO, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

PAUL LEAHY, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) P.O. Box 2026 Flint, MI
48501-2026

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: November 6, 2025          By: */s/ Peter Winkler*
                                             Peter Winkler

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE RE PRELIMINARY INJUNCTION - **9**