PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
104-A Main Street
Tiburon, CA 94920
Telephone: (415) 435-2677
Email: winkler@winklerlaw.com;
winklerlaw9@gmail.com

Attorney for Plaintiff
Donald James Runnals

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE<br><br>DONALD JAMES RUNNELS,<br><br>DEBTOR, | Case No. 25-41356<br><br>Chapter 11<br><br>Adv No. 25-04031 |
| DONALD JAMES RUNNELS,<br><br>Plaintiff Debtor,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC SYSTEMS, INC.;WESTERN PROGRESSIVE, LLC; ALDRIDGE PITE, LLP; THE INTERNAL REVENUE SERVICE, MICHAEL JOHN RUSH, THE OFFICE OF THE UNITED STATES TRUSTEE; CARLA K. CORDERO; AND PAUL LEAHY, DOES 1-50.,<br><br>Defendants | **PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED DISCOVERY; AND PROPOSED ORDER**<br>(FRCP 26(d)(1); FRBP 7026)<br><br>Date:<br>Time:<br>Place: Courtroom 220<br>1300 Clay Street<br>Oakland, CA 94612<br>Judge: Hon. William J. Lafferty, III |

PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED
DISCOVERY; AND PROPOSED ORDER - 1

## I. RELIEF

(1) Preservation order; (2) leave to serve Rule 45 subpoenas immediately (U.S. Bank Trustee custodian; MERS; Western Progressive; Contra Costa Recorder; Notary); (3) leave to serve RFPs/Rogs/RFAs now (responses timed from Rule 26(f) unless otherwise ordered); (4) in-person inspection of the original wet-ink Note and allonges within 14 days, and advance color scans (300+ dpi).

## II. STANDARD

Good cause—*Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275–77 (N.D. Cal. 2002).

## III. GOOD CAUSE

Court indicated potential dismissal/declination to retain AP; judicial-estoppel posture; merits hinge on PETE/§3301, endorsements/allonges, custodial/boarding records; third-party ESI at risk of routine deletion.

Dated: November 4, 2025            By: */s/ Peter Winkler, Esq.*

PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
Attorney for Debtor-in-Possession
Donald James Runnals

PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED
DISCOVERY; AND PROPOSED ORDER - 2

PROPOSED

ORDER GRANTING PRESERVATION AND LIMITED EXPEDITED DISCOVERY

IT IS ORDERED: (1) All parties/non-parties shall preserve potentially relevant documents/ESI; (2) Plaintiff may serve the Rule 45 subpoenas forthwith; (3) Plaintiff may serve RFPs/Rogs/RFAs—deadlines per the Rules (timed from Rule 26(f) unless otherwise ordered); (4) Within 14 days, PHH shall make the original wet-ink Note and allonges available for in-person inspection and provide color scans (300+ dpi) in advance; (5) Parties shall meet and confer on custodians/search terms/ESI protocols.

Dated: _____

_____
Hon. William J. Lafferty, III


Respectfully submitted by: PETER WINKLER LAW OFFICE,
Peter Winkler, Esq. (SBN 92377),
Attorney for Debtor-in-Possession Donald James Runnals

PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED DISCOVERY; AND PROPOSED ORDER - 3

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and served a copy of the foregoing **PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED DISCOVERY; AND PROPOSED ORDER** on November 6, 2025. Service was accomplished by the method and to the following as indicated.

## CM/ECF Electronic Service
### Served automatically through the Court's CM/ECF system on:

MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
STINSON LLP
Adam.barasch@Stinson.com
Attorneys for: PHH MORTGAGE CORPORATION c/o Corporation Service Company U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2

Jillian A. Benbow (SBN 246822)
JBenbow@aldridgepite.com
Asaph Abrams
Aldridge Pite, LLP
Attorneys for:
WESTERN PROGRESSIVE, LLC dba Altisource

MICHAEL JOHN RUSH c/o Internal Revenue Service 1301 Clay Street Oakland, CA 4612

CARLA K. CORDERO, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

PAUL LEAHY, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) P.O. Box 2026 Flint, MI 48501-2026

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: November 6, 2025        By: /s/ Peter Winkler
                                                     Peter Winkler

PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION AND LIMITED EXPEDITED DISCOVERY; AND PROPOSED ORDER - 4

Case: 25-04031    Doc# 34    Filed: 11/06/25    Entered: 11/06/25 12:03:11    Page 4 of 4