PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
104-A Main Street
Tiburon, CA 94920
Telephone: (415) 435-2677
Email: winkler@winklerlaw.com;
winklerlaw9@gmail.com

Attorney for Plaintiff
Donald James Runnals

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE<br><br>  DONALD JAMES RUNNELS,<br><br>DEBTOR, | Case No. 25-41356<br><br>Chapter 11<br><br>Adv No. 25-04031 |
| DONALD JAMES RUNNELS,<br><br>       Plaintiff Debtor,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC SYSTEMS, INC.;WESTERN PROGRESSIVE, LLC; ALDRIDGE PITE, LLP; THE INTERNAL REVENUE SERVICE, MICHAEL JOHN RUSH, THE OFFICE OF THE UNITED STATES TRUSTEE; CARLA K. CORDERO; AND PAUL LEAHY, DOES 1-50.,<br>       Defendants | **NOTICE OF INTENT TO SERVE SUBPOENAS** (FRCP 45(a)(4))<br><br><br>Date:<br>Time:<br>Place: Courtroom 220<br>1300 Clay Street, Oakland, CA 94612<br>Judge: Hon. William J. Lafferty, III |

NOTICE OF INTENT TO SERVE SUBPOENAS (FRCP 45(a)(4)) - 1

Plaintiff intends to serve the subpoenas 7 days after this notice upon:

• U.S. Bank N.A., as Trustee for LB MPT 2007-2 (document custodian)

• MERSCORP Holdings, Inc./MERS

• Western Progressive, LLC

• Contra Costa County Recorder

Glenda Hamilton, C. Scott, Tanesha Humphrey, Aaron Friedlander, Iman Walcott, Jimilla B. Hicks, Kayla Murphy, Belgica Rodriguez et al

Respectfully,

Dated: November 6, 2025                    By: /s/ Peter Winkler, Esq.

PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
Attorney for Debtor-in-Possession
Donald James Runnals

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and served a copy of the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS** (FRCP 45(a)(4)) on November 6, 2025. Service was accomplished by the method and to the following as indicated.

**CM/ECF Electronic Service**
**Served automatically through the Court's CM/ECF system on:**

MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
STINSON LLP
Adam.barasch@Stinson.com
Attorneys for: PHH MORTGAGE CORPORATION c/o Corporation Service Company U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2

Jillian A. Benbow (SBN 246822)
JBenbow@aldridgepite.com
Asaph Abrams
Aldridge Pite, LLP
Attorneys for:
WESTERN PROGRESSIVE, LLC dba Altisource

MICHAEL JOHN RUSH c/o Internal Revenue Service 1301 Clay Street Oakland, CA 4612

CARLA K. CORDERO, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

PAUL LEAHY, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) P.O. Box 2026 Flint, MI 48501-2026

     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

     I declare under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: November 6, 2025         By: */s/ Peter Winkler*
                            Peter Winkler

Case: 25-04031   Doc# 35   Filed: 11/06/25   Entered: 11/06/25 12:07:53   Page 3 of 3