United States Bankruptcy Court
Northern District of California

Runnals,

    Plaintiff

Adv. Proc. No. 25-04031-WJL

PHH Mortgage Corporation,

    Defendant

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion17.oa.ecf@usdoj.gov | Nov 25 2025 00:53:00 | Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam N. Barasch | on behalf of Defendant Mortgage Electronic Registration Systems Inc. adam.barasch@stinson.com |
| Jillian A. Benbow | on behalf of Defendant Aldridge Pite LLP ecfcanb@aldridgepite.com, piteduncan@ecf.courtdrive.com |
| Michael Keough | on behalf of Defendant Internal Revenue Service michael.keough@usdoj.gov |
| Peter Winkler | on behalf of Plaintiff Donald James Runnals pwinkler@winklerlaw.com winklerlaw@aol.com |

1

2   PETER WINKLER LAW OFFICE
    Peter Winkler, Esq. (SBN 92377)
3   104-A Main Street
    Tiburon, CA 94920
4   Telephone: (415) 435-2677
5   Email: winklerlaw9@gmail.com

6   Attorney for Plaintiff
    Donald James Runnals
7

8              UNITED STATES BANKRUPTCY COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11  IN RE                              Case No. 25-41356

12   DONALD JAMES RUNNELS,             Adv. Pro. Case No.: 25-04031

13          DEBTOR,                    Chapter 11

14  _____

15  DONALD JAMES RUNNELS,             NOTICE OF APPEAL

            Plaintiff Debtor,
16

17  vs.                                Date:
                                       Time:
18  PHH MORTGAGE CORPORATION; U.S.     Place: Courtroom 220
    BANK NATIONAL ASSOCIATION, AS      1300 Clay Street
19  TRUSTEE FOR LEHMAN MORTGAGE        Oakland, CA 94612
    PASS-THROUGH CERTIFICATES, SERIES  Judge: Hon. William J. Lafferty, III
20  2007-2; MORTGAGE ELECTRONIC
    SYSTEMS, INC.;WESTERN
21  PROGRESSIVE, LLC; ALDRIDGE PITE,
    LLP; THE INTERNAL REVENUE SERVICE,
22  MICHAEL JOHN RUSH, THE OFFICE OF
    THE UNITED STATES TRUSTEE; CARLA
23  K. CORDERO; AND PAUL LEAHY, DOES 1-
    50.,
24          Defendants

25

26

27

28              NOTICE OF APPEAL - 1

**BACKGROUND**

1. This Chapter 11 case (No. 25-41356) is active. No order granting relief from stay has been entered as to the residence.

2. An auction listing appears online showing a trustee's sale set for January 7, 2026 at 1:30 p.m., Contra Costa County. A true copy of the listing (dated November 14, 2025) will be filed as Exhibit A.

3. Advertising, noticing, or scheduling a trustee's sale are acts to enforce a lien and exercise control over estate property barred by § 362(a)(1), (a)(3), and (a)(6).

**ARGUMENT**

A. The posted auction violates § 362(a). Continuing to notice or advertise a sale is an act to enforce a lien and exercise control over estate property. § 362(a)(1), (a)(3), (a)(6).

B. The Court may enforce the stay and provide remedial orders under § 105(a). The Court should direct immediate removal/cancellation of the listing and require advance written notice of any future sale date.

C. Irreparable harm, equities, public interest. Loss of a residence is irreparable. Debtor is 77, a military veteran; spouse is 84 with dementia; Debtor has had COVID-related dizziness. Preserving the status quo pending adjudication serves equity and the public interest.

**REQUEST FOR EXPEDITED CONSIDERATION**

Debtor requests emergency consideration with prompt entry of the proposed order directing cancellation/removal and setting an OSC re sanctions. A physician letter can be provided under seal upon request.

*NOTICE OF APPEAL - 2*

**EXHIBITS/DECLARATIONS**

• Exhibit A: Altisource auction listing (Nov. 14, 2025).

• Exhibit B: Main-case docket cover/NEF confirming active status.

• Declarations of Peter Winkler and Donald J. Runnals.

Dated: November 18, 2025                    By: */s/ Peter Winkler, Esq.*

                                         PETER WINKLER LAW OFFICE
Peter Winkler, Esq. (SBN 92377)
Attorney for Debtor-in-Possession
Donald James Runnals

An affidavit by the petitioner/appellant:

It is customary for party to do an appeal and to list the trustee as the appellee, we are also listing PHH / U.S. BANK ET AL, they were the parties who interfered along with the trustee and the bankruptcy official with the petitioner's rights. Each of these are parties operating in conspiracy against the petitioner's rights.

Conspiracy is proved by the acts and conduct of the individuals who have a duty, responsibility and the right to speak up. The Civil Rights Act of 1866 makes it unlawful for any public official to violate any individual's rights under color and/or authority of law. It requires such to be reported, the record will reflect that none of these so-called officials who were operating under oath of office, who have placed misleading and/or intentionally deceptive information on the record and/or statements.

I've never notified the proper authorities of their violations of law or of their associate and/or

NOTICE OF APPEAL - 3

federal officer of such deprivation of individuals rights.

This is not a nuance matter, this is a legal requirement, misprision of felony is the law of the United States and has been law prior to the formation of the Constitution.

These individuals had a duty and a responsibility and have each of them within the very same instant matter mailed in that duty and/or fiduciary responsibility, and because they operated as a unit, officers of the court, having a duty and responsibility to know the law by operation of law and their job qualifications, and they have each failed in their duty within the same instant matter documents their conspiratorial actions especially when taking into light of the following: Bankruptcy Court is supposed to provide redress.There is no authority in law to deny a petition for redress of grievance, a petition for redress of grievance, which cannot be abridged by any type of rulemaking. The word and or term redress as intended by the people respecting the The Constitution means to correct, provide, it does not mean to deny. There is no delegation, and no jurisdiction for any court having a duty respecting a constitutionally secured petition for Redress, to treat it as if it's a nuisance. The bankruptcy court voluntary mandatory petition filing waving a party's right to challenge his jurisdiction by submitting one to the bankruptcy court jurisdiction and voluntarily submitting to that jurisdiction and waving substantive constitutional protected rights. The Bankruptcy Court is an article 1 court and therefore has no jurisdiction unless consented to enforce consent is not consent under the dictates of the Constitution and contract law.

Every challenge I have made to this, it has been ignored and I don't feel that this court, no, I know that the court doesn't have the jurisdiction to ignore my petition as it continues to do including this court.

Ignoring my right to challenge the opposing party standing, waving ones right by voluntarily filing the petition to challenge the court's jurisdiction does not in and of itself waive all parties

right to challenge the opposing parties jurisdiction because there was no waiver implied by such affiant. When the court ignored the fact that this petitioner representing his estate which is separate from the estate created unconstitutionally by the court taking seizure of the petitioner's property both legal and equitable, places the alleged debtor in the position of a DEBTOR-IN-POSSESSION, and as such this standing permits challenge to any alleged creditor whom the Bankruptcy Court simultaneously identifies as both a depository institution and a Creditor.

The Federal Reserve Act, which is the governing act over the contract signed by the parties (physically signed by the petition and by implication respecting the fiduciary, Federal Reserve operating circular 10 section 12.3 identifies the alleged creditor as a mere fiduciary establishing a special relationship which permits this petitioner to challenge their claim that they are a creditor and not more than a depository institution) the bankruptcy court issuing an unconstitutional order for someone to serve a depository institution and not recognizing the parties right to challenge that assertion is a violation of due process of law.

One may not simultaneously be a principal and an agent. The Federal Reserve ACT TITLE IV section 401 as amended, makes it clear that the note under the circumstances which exist was deposited and not merely a promise to pay. Any deposit received by a member and/or agent of the Federal Reserve system, must be in conformity with the intent of Congress as stipulated in the statute at large. It's received at par, even if the court believes that it is not, it has never ever placed such beliefs on the record and/or evidenced a petition contrary to the law. The note was received at par and attached to a mortgage or deed of trust that was pooled, serviced and invested in, which provides a constitutional right to read, but the presumption that the note is not a Security.

The note and the mortgage are inseparable. This is a fundamental foundational principle in law, that inseparable notes means that even by mere association, the note has investors, which creates the security. The trading on the secondary market as with all mortgage-backed securities established this so-called identification as a security. One may not foreclose through the nonjudicial foreclosure process on a security.The borrower is directly associated with the investment in the trading of the security on the market. There could be no

such trade without the borrower's consent because there is no jurisdiction to trade something for which one does not have sole possession. As long as the promissory note is a promise to pay or an IOU the total and full possession does not exist for an alleged creditor. They only have custodial rights to hold the note as collateral as stipulated in 59 Stat 237 §2. They are not a holder in due course as they are a mere custodian as delineated in Federal Reserve operating circular 10, the rules, regulations and policies established under the Federal Reserve Act section 13 subsection 13, which permits the Federal Reserve to lend in-directly to individuals, corporations and/or partnerships as was the case here.

The bankruptcy court lacked jurisdiction to:

1. remove the stay

2.ordered the petitioner to respond motions filed by parties whose standing is challenged, and failed to make a determination based on that challenge,

3. To ignore the affidavits filed by the petition under penalty of the law, or to attempt to rebut an affidavit. This is a constitutional rights issue and the Bankruptcy Court ignoring the constitutional right.

The prejudicial communications and the false implications  placed on the record by the opposing counsel, which was challenged before the court because they intentionally, deliberately, and

willfully lied on the record. The court identified them as an intermediary, a depository institution and they under penalty of perjury identified themselves as a creditor. The petitioner has provided proof that may exist only as an agent, fiduciary, intermediary and not as a principal. That they were a depository institution which is only capable under the Federal Reserve act of receiving deposits. Depository institutions do not issue loans.

The petitioner requested the creditor supply the collateral listing because there is a firm belief in foundational law that they are the custodians of the pledge collateral as identified in the BORROWER-IN-CUSTODY agreement and Federal Reserve operating circular 10 §12.3 and appendix 3 of that operating circular. The OC-10 form documents the borrower as the one pledging the collateral and authorizing its agent, who acts as power of ATTORNEY-IN-FACT. An attorney is a fiduciary, and therefore conclusively challenges the standing and position of someone claiming to be a principal while at the same time identified as an agent under the law of agency referred to as an attorney-in-fact. A revocable alleged power that the petitioner has challenged the indemnification clauses being unconscionable. One may not have an indemnification clause where someone claims that they are completely immune from their unconstitutional acts and unlawful acts. No one can waive someone's obligations under law, not even the court for the administrative branch may claim to be above the law, which is an impossibility because it violates the supreme maxim, that no one is above the law.

I bring forth this challenge to absolute immunity of judicial officers, who can do no wrong which is preempted by the Civil Rights Act of 1866. Sen. Trimble made it quite clear, as he introduced a bill which was passed by a super majority in Congress, that judicial officials and no other public official and/or person had immunity under the act, which means that there is no so-called absolute immunity and any courtesy cannot interfere with the right secured by this petition.

The challenges to the Bankruptcy Court, which violated the petitioner's rights, are brought under the Constitution's right respecting petition for redress, not under a bankruptcy code.

The aforementioned is wholly accurate, as it is based on firsthand knowledge and/or fact and/or information, witnessed by and before God under penalty of law, on this the eighteenth day of November 2025 it held otherwise, so, help me God.

**NOTICE OF APPEAL** - 8

**DECLARATION OF PETER WINKLER IN SUPPORT OF NOTICE OF APPEAL**

I, Peter Winkler, declare:

1. I am counsel for the Debtor-in-Possession. I make this declaration based on personal knowledge and case records.

2. On or about November 14, 2025, I confirmed an online listing (Altisource) setting a trustee's sale for January 7, 2026 at 1:30 p.m., Contra Costa County, for 9 Middle Road, Lafayette, CA 94549. A true copy will be filed as Exhibit A.

3. The Chapter 11 case remains active. I am not aware of any order granting relief from stay as to the Property.

4. On filing this motion, I notified opposing counsel by email and will serve all papers via CM/ECF and email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2025, at Tiburon, California.

*/s/ Peter Winkler*
Peter Winkler

**DECLARATION OF DONALD JAMES RUNNALS IN SUPPORT OF**
**NOTICE OF APPEAL**

I, Donald James Runnals, declare:

1. I am the Debtor-in-Possession. I am 77 years old and a military veteran. My spouse is 84 years old and has dementia.

2. We reside at 9 Middle Road, Lafayette, CA 94549. On or about November 14, 2025, I learned an auction listing set a trustee's sale for January 7, 2026.

3. My Chapter 11 case is active. I am not aware of any order granting relief from stay regarding our home.

4. Proceeding with a sale would cause irreparable harm to me and my spouse.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2025, at Lafayette, California.

*/s/ Donald James Runnals*
Donald James Runnals

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and served a copy of the foregoing **NOTICE OF APPEAL** on November 18, 2025.  Service was accomplished by the method and to the following as indicated.

**CM/ECF Electronic Service**
**Served automatically through the Court's CM/ECF system on:**

MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
STINSON LLP
Adam.barasch@Stinson.com
Attorneys for: PHH MORTGAGE CORPORATION c/o Corporation Service Company U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2

Jillian A. Benbow (SBN 246822)
JBenbow@aldridgepite.com
Asaph Abrams
Aldridge Pite, LLP
Attorneys for: WESTERN PROGRESSIVE, LLC dba Altisource

MICHAEL JOHN RUSH c/o Internal Revenue Service 1301 Clay Street Oakland, CA 4612

CARLA K. CORDERO, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

PAUL LEAHY, Trial Attorney Office of the United States Trustee 450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) P.O. Box 2026 Flint, MI 48501-2026

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Case: 25-04031   Doc# 45   Filed: 11/26/25   Entered: 11/26/25 21:15:22   Page 13 of 23

I declare under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: November 18, 2025

By: */s/ Peter Winkler*
Peter Winkler

NOTICE OF APPEAL - 12

# EXHIBIT A

Altisource Auction Listing (November 14, 2025)

**Physical Address for WA state (Western Progressive - Washington, Inc.):**

**2018 156th Avenue, N.E,**

**Bldg. F Suite 242 Bellevue, WA 98007**

# IMPORTANT DISCLOSURE PURSUANT TO CA SB 1079, EFFECTIVE 1/1/2021 (CA CIVIL CODE § 2924m)

For foreclosure sale auctions conducted on or after January 1, 2021 with respect to properties containing from one to four residential units, the post-auction bid process described in Civil Code section 2924m may apply. Pursuant to the Civil Code, if you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding the potential right to purchase. All bidders for property subject to Civil Code section 2924m should be aware that there is the potential for the sale auction bidding process to be extended for up to 45 days following the sale auction, and Civil Code section 2924m does not require payment of interest on any bid funds remitted to the foreclosure trustee during the time funds are held by the foreclosure trustee. The disclosure of sale information on this website during the 45-day period following the sale auction as described in Civil Code section 2924m does not constitute a representation that the post-auction bid process in Civil Code section 2924m does apply to the properties listed herein. The post-auction bid process in Civil Code section 2924m does not apply unless the property subject to sale contains one to four residential units and does not apply if a prospective owner occupant is the high bidder at the sale auction in compliance with Civil Code section 2924m(c)(1).

[Single Loan Search](#)   [Multiple Loan Search](#)

Instructions:

- To search a file or a property, input the TS Number# or Property Address (Street, City, Zip Code and County)
- Click Search
- The property information will be displayed below

| Lafayette | Zip Code | County | TS Number# |

Search   Reset

📊 Export to Excel

| TS Number # | Property Address | County | Status | APN | Notice Posted On | Original Sale Date | New Sale Date | Sale Time | Location Of Sale | BID Amount | Important Notice | Sale Held Date | Final Highest BidAmount at Sale | Trustee Address to receive Documents | Post Auction Bid Process Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-01276-CA | 9 MIDDLE ROAD LAFAYETTE Contra Costa 94549 | Contra Costa | Active | 251-062-006-1 | | 01/07/2026 | 01/07/2026 | 13:30 | Contra Costa County | 0 | | | 0 | 7730 Market Center Ave, Suite 100, El Paso, TX 79912 | |

Case: 25-04031    Doc# 45    Filed: 11/26/25    Entered: 11/26/25 21:15:22    Page 16 of 23

# EXHIBIT B
Docket Report from 11/17/2025

**PlnDue, DsclsDue, DebtEd, DISMISSED**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
## Bankruptcy Petition #: 25-41356

| | |
|---|---|
| *Date filed:* | 07/30/2025 |
| *Debtor dismissed:* | 11/14/2025 |
| *341 meeting:* | 12/01/2025 |
| *Deadline for filing claims:* | 11/24/2025 |
| *Deadline for objecting to discharge:* | 10/24/2025 |

*Assigned to:* Judge William J. Lafferty
Chapter 11
Voluntary
Asset

**Debtor**
**Donald James Runnals**
9 Middle Road
Lafayette, CA 94549
CONTRA COSTA-CA
SSN / ITIN: xxx-xx-0115

represented by **Peter Winkler**
Law Offices of Peter Winkler
104A Main St.
Tiburon, CA 94920
(415) 435-2677
Email: pwinkler@winklerlaw.com

**Trustee**
**Not Assigned - OK**

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2080

represented by **Paul Gregory Leahy**
Office of the United States
Trustee
280 South First Street
Room 268
San Jose, CA 95113
408-535-5535
Email: Paul.Leahy@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 07/30/2025 | 1 (9 pgs) | Chapter 11 Voluntary Petition for Individual, Fee Amount $1738, Filed by Donald James Runnals . Order Meeting of Creditors due by 8/6/2025.Incomplete Filings due by 8/13/2025. (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 2 | First Meeting of Creditors with 341(a) meeting to be held on 8/25/2025 at 11:30 AM via UST Teleconference, Call in number/URL: 1-877-991-8832 Passcode: 4101242. Last day to oppose discharge or dischargeability is 10/24/2025. Proofs of Claims due by 11/24/2025. (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 3 (1 pg) | Certificate of Credit Counseling. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | 4 (2 pgs) | Creditor Matrix. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |

Case: 25-04031    Doc# 45    Filed: 11/26/25    Entered: 11/26/25 21:15:22    Page 18 of 23

| | | |
|---|---|---|
| 07/30/2025 | 5 | Statement of Social Security Number. Filed by Debtor Donald James Runnals (jbj) (Entered: 07/30/2025) |
| 07/30/2025 | | Receipt Number 27Q60MTV, Fee Amount $1738.00 (RE: related document(s)1 Voluntary Petition (Chapter 11)). (trw) (Entered: 07/30/2025) |
| 07/31/2025 | | List of Debtor's Prior Filings for debtor Donald James Runnals Case Number 23-41137, Chapter 7 filed in California Northern Bankruptcy Court on 09/08/2023 , Standard Discharge on 12/13/2023; Case Number 25-40956, Chapter 7 filed in California Northern Bankruptcy Court on 05/30/2025; Case Number 24-41387, Chapter 13 filed in California Northern Bankruptcy Court on 09/10/2024 , Dismissed for Other Reason on 03/21/2025; Case Number 23-40678, Chapter 13 filed in California Northern Bankruptcy Court on 06/13/2023 , Dismissed for Other Reason on 08/11/2023.(Admin) (Entered: 07/31/2025) |
| 07/31/2025 | 6<br>(1 pg) | Notice of Appearance and Request for Notice by Paul Gregory Leahy. Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Leahy, Paul) (Entered: 07/31/2025) |
| 07/31/2025 | 7<br>(2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal . (lj) (Entered: 07/31/2025) |
| 07/31/2025 | 8<br>(3 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (lj) (Entered: 07/31/2025) |
| 07/31/2025 | 9<br>(3 pgs; 2 docs) | Order for Payment of State and Federal Taxes (admin) (Entered: 07/31/2025) |
| 08/01/2025 | 10<br>(3 pgs; 2 docs) | Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 9/12/2025 at 11:00 AM in/via Oakland Room 215 - Novack.** Status Conference Statement due by 9/5/2025 (lj) (Entered: 08/01/2025) |
| 08/02/2025 | 11<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 8 Generate 341 Notices). Notice Date 08/02/2025. (Admin.) (Entered: 08/02/2025) |
| 08/02/2025 | 12<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order to File Missing Documents). Notice Date 08/02/2025. (Admin.) (Entered: 08/02/2025) |
| 08/02/2025 | 15<br>(5 pgs; 4 docs) | Order Transferring Case to the Hon. William J. Lafferty. Involvement of Judge Charles Novack Terminated. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals). (rba) (Entered: 08/04/2025) |
| 08/03/2025 | 13<br>(4 pgs) | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 9 Order for Payment of State and Federal Taxes). Notice Date 08/03/2025. (Admin.) (Entered: 08/03/2025) |
| 08/03/2025 | 14<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 10 Order and Notice of Status Conference Chp 11). Notice Date 08/03/2025. (Admin.) (Entered: 08/03/2025) |

| | | |
|---|---|---|
| 08/06/2025 | <u>16</u><br>(3 pgs) | Request for Notice Filed by Creditor PHH Mortgage Corporation (Abrams, Asaph) (Entered: 08/06/2025) |
| 08/06/2025 | <u>17</u><br>(3 pgs; 2 docs) | Amended Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 10/1/2025 at 10:30 AM in/via Oakland Room 220 - Lafferty.** Status Conference Statement due by 9/24/2025 (lj) (Entered: 08/06/2025) |
| 08/06/2025 | <u>18</u><br>(2 pgs) | BNC Certificate of Mailing - Reassignment of Case. (RE: related document(s) <u>15</u> Order and Notice Reassigning Case). Notice Date 08/06/2025. (Admin.) (Entered: 08/06/2025) |
| 08/06/2025 | <u>19</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>15</u> Order and Notice Reassigning Case). Notice Date 08/06/2025. (Admin.) (Entered: 08/06/2025) |
| 08/08/2025 | <u>20</u><br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>17</u> Order and Notice of Status Conference Chp 11). Notice Date 08/08/2025. (Admin.) (Entered: 08/08/2025) |
| 08/13/2025 | <u>21</u><br>(17 pgs) | Adversary case 25-04031. 31 (Approval of sale of property of estate and of a co-owner - 363(h)), 41 (Objection / revocation of discharge - 727(c),(d), (e)), 71 (Injunctive relief - reinstatement of stay) ,01 (Determination of removed claim or cause), 13 (Recovery of money/property - 548 fraudulent transfer) Complaint by Donald James Runnals against PHH Mortgage Corporation , U.S. Bank National Assoication , Mortgage Electronic Registration Systems, Inc. , Western Progressive, LLC. , Aldridge Pite, LLP , Internal Revenue Service , The Office of the United States Trustee , Carla K Cordero , Paul Leahy . Fee Amount $350 . (jbj) (Entered: 08/13/2025) |
| 08/13/2025 | <u>22</u><br>(1 pg) | Amended Creditor Matrix Filed by Debtor Donald James Runnals (vmv). DEFECTIVE ENTRY:Party filer to pay required fee due. Modified on 8/14/2025 (klr). NOTE: PDF does not reflect that it is an amended document. Modified on 8/14/2025 (lj). (Entered: 08/13/2025) |
| 08/13/2025 | <u>23</u><br>(2 pgs) | Chapter 11 Statement of Current Monthly Income ( Filed by Debtor Donald James Runnals (vmv) (Entered: 08/13/2025) |
| 08/13/2025 | <u>24</u><br>(45 pgs) | Declaration , Summary of Assets and Liabilities for Individual , Schedules A - J , Statement of Financial Affairs for Individual Filed by Debtor Donald James Runnals (vmv) (Entered: 08/13/2025) |
| 08/19/2025 | <u>25</u><br>(5 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Donald James Runnals (vmv) (Entered: 08/19/2025) |
| 08/25/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor failed to appear. No testimony taken.* 341(a) meeting to be held on 9/12/2025 at 03:30 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 08/25/2025) |
| 08/28/2025 | <u>26</u><br>(1 pg) | Summons Service Executed on Paul Leahy 8/28/2025; Carla K Cordero 8/28/2025; Michael John Rush 8/28/2025; Internal Revenue Service 8/28/2025; Aldridge Pite, LLP 8/28/2025; Western Progressive, LLC 8/28/2025; US Bank National Association 8/28/2025; Not Assigned - OK |

| | | 8/28/2025; Office of the U.S. Trustee/Oak 8/28/2025; PHH Mortgage Corporation 8/28/2025 . (da). DEFECTIVE ENTRY: Clerk docketed in error. Modified on 8/29/2025 (trw). (Entered: 08/28/2025) |
|---|---|---|
| 09/12/2025 | [28](#)<br>(3 pgs) | Substitution of Attorney . Filed by Debtor Donald James Runnals and Peter Winkler. (trw) (Entered: 09/25/2025) |
| 09/13/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor Donald James Runnals and Peter Winkler, counsel for Debtor, appeared. Testimony taken*. 341(a) meeting to be held on 10/14/2025 at 03:00 PM via UST Teleconference San Francisco, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 09/13/2025) |
| 09/15/2025 | [27](#)<br>(1 pg) | ((•)) PDF with attached Audio File. Court Date & Time [ 9/12/2025 11:00:22 AM ]. File Size [ 16 KB ]. Run Time [ 00:00:04 ]. (admin). (Entered: 09/15/2025) |
| 09/26/2025 | [29](#)<br>(3 pgs; 2 docs) | Memorandum Before Status Conference (RE: related document(s)[17](#) Order and Notice of Status Conference Chp 11). (rs) (Entered: 09/26/2025) |
| 09/28/2025 | [30](#)<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) [29](#) Order). Notice Date 09/28/2025. (Admin.) (Entered: 09/28/2025) |
| 10/01/2025 | | Hearing Held.Minutes of Proceeding: No appearance by the Debtor. Court to issue an Order to Show Cause with the response due date of 11/5/2025 by the Debtor. The Motion to Dismiss Case on underlying AP case is currently set for 10/29/2025. (RE: related document(s) [17](#) Order and Notice of Status Conference Chp 11, [29](#) Order). (rs) (Entered: 10/03/2025) |
| 10/02/2025 | [31](#)<br>(1 pg) | ((•)) PDF with attached Audio File. Court Date & Time [ 10/1/2025 10:30:11 AM ]. File Size [ 3389 KB ]. Run Time [ 00:14:07 ]. (admin). (Entered: 10/02/2025) |
| 10/09/2025 | [32](#)<br>(4 pgs; 2 docs) | Order To Show Cause Why Case Should Not Be Dismissed (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals, [29](#) Order, Hearing Held (Bk)). Response due by 11/5/2025. (rs) (Entered: 10/09/2025) |
| 10/10/2025 | [33](#)<br>(5 pgs) | Application to Employ Peter Winkler as Legal Counsel Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/10/2025) |
| 10/11/2025 | [34](#)<br>(5 pgs) | BNC Certificate of Mailing (RE: related document(s) [32](#) Order to Show Cause for Dismissal). Notice Date 10/11/2025. (Admin.) (Entered: 10/11/2025) |
| 10/14/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor Donald James Runnals and Debtor's Counsel Peter Winkler appeared. Testimony taken*. 341(a) meeting to be held on 11/12/2025 at 03:00 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 10/14/2025) |
| 10/21/2025 | [35](#)<br>(3 pgs) | Motion to Stay . *Motion of the U.S. Trustee for a Stay of the Application to Employ Peter Winkler as Legal Counsel in Light of Lapse of Appropriations* (RE: related document(s)[33](#) Application to Employ filed by Debtor Donald |

| | | James Runnals). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Leahy, Paul) (Entered: 10/21/2025) |
|---|---|---|
| 10/23/2025 | [36](#)<br>(3 pgs) | Response To Order To Show Cause Why Case Should Not Be Dismissed RE: #32 Filed by Debtor Donald James Runnals (Winkler, Peter)Modified on 10/23/2025 (rs). Related document(s) [32](#) Order to Show Cause for Dismissal. Modified on 10/23/2025 (rs). (Entered: 10/23/2025) |
| 10/23/2025 | [37](#)<br>(3 pgs) | Motion Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/23/2025) |
| 10/28/2025 | [38](#)<br>(4 pgs) | Motion *Motion for leave to file a reply re 23* Filed by Debtor Donald James Runnals (Winkler, Peter) DEFECTIVE ENTRY: PDF Filed on incorrect case. Modified on 11/3/2025 (jmb). (Entered: 10/28/2025) |
| 10/28/2025 | [39](#)<br>(4 pgs) | Response (RE: related document(s)[32](#) Order to Show Cause for Dismissal, [35](#) Motion to Stay). Filed by Debtor Donald James Runnals (Winkler, Peter) (Entered: 10/28/2025) |
| 11/14/2025 | | Statement Adjourning 341(a) Meeting of Creditors. Meeting of Creditors Continued *pending entry of order dismissing case. Debtor and Debtor's counsel did not appear during the continued meeting held on 11/12/2025. No testimony taken.* 341(a) meeting to be held on 12/1/2025 at 03:00 PM via UST Teleconference Oakland, Call in number: 1-888-330-1716 Passcode: 8324431. (Leahy, Paul) (Entered: 11/14/2025) |
| 11/14/2025 | [40](#)<br>(7 pgs; 4 docs) | Order Dismissing Chapter 11 Case (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Donald James Runnals, [32](#) Order to Show Cause for Dismissal). Case Management Action due after 12/1/2025. (rba) (Entered: 11/14/2025) |

# Notice Recipients

District/Off: 0971−4          User: admin          Date Created: 11/21/2025

Case: 25−04031          Form ID: pdfnoa          Total: 8

**Recipients of Notice of Electronic Filing:**

aty          Adam N. Barasch          adam.barasch@stinson.com
aty          Jillian A. Benbow          ecfcanb@aldridgepite.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust          Office of the U.S. Trustee/Oak          Office of the United States Trustee          Phillip J. Burton Federal
             Building          450 Golden Gate Ave. 5th Fl., #05−0153          San Francisco, CA 94102
             MICHAEL JOHN RUSH          c/o Internal Revenue Service          1301 Clay Street          Oakland, CA 94612
             CARLA K. CORDERO          Trial Attorney Office of the United Stat          450 Golden Gate Avenue, Suite
             050153          San Francisco, CA 94102
             PAUL LEAHY          Trial Attorney Office of the United Stat          450 Golden Gate Avenue, Suite 050153          San
             Francisco, CA 94102
             MARY KATE SULLIVAN          Severson and Werson          One Embarcadero Center, #2600          San Francisco,
             CA 94111
             Asaph Abrams          Aldridge Pite LLP          8880 Rio San Diego Drive Suite 725          San Diego, CA 92108

TOTAL: 6