

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**December 5, 2025**

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

**Re:** Transmittal of Notice of Appeal to the Bankruptcy Appellate Panel

Bankruptcy Case: **25-41356-Donald James Runnals**

Adv. Proceeding: **25-04031- Donald James Runnals v. PHH Mortgage Corporation, PHH et al.**

Bankruptcy Judge: **Judge William J. Lafferty**

Date Bankruptcy Case Filed: **July 30, 2025**

Appellant: **Donald James Runnals**

Appellee: **PHH Mortgage Corporation, PHH, U.S. Bank National Association, et al.**

Date Notice of Appeal Filed: **November 18, 2025**

Date of Entry of Order on Appeal:

Filing Fee: [X] Paid $ **298**  [ ] Not Paid  [ ] Fee Waived  [ ] Fee Waiver Pending

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal
Notice of Referral
Order On Motion To Dismiss Complaint
Memorandum Regarding Filed Pleadings

If you have any questions, please contact me at **888-821-7606**.

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ *John Bolts*
_____
John Bolts,    Deputy Clerk