United States Bankruptcy Court
Northern District of California

Runnals,
    Plaintiff

PHH Mortgage Corporation,
    Defendant

Adv. Proc. No. 25-04031-WJL

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 2
Date Rcvd: Nov 21, 2025     Form ID: NTCRFAP     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Asaph Abrams, Aldridge Pite LLP, 8880 Rio San Diego Drive Suite 725, San Diego, CA 92108-1619 |
| + | CARLA K. CORDERO, Trial Attorney Office of the United Stat, 450 Golden Gate Avenue, Suite 05-0153, San Francisco, CA 94102-3661 |
| + | MARY KATE SULLIVAN, Severson and Werson, One Embarcadero Center, #2600, San Francisco, CA 94111-3715 |
| + | PAUL LEAHY, Trial Attorney Office of the United Stat, 450 Golden Gate Avenue, Suite 05-0153, San Francisco, CA 94102-3661 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2025 01:19:00 | MICHAEL JOHN RUSH, c/o Internal Revenue Service, 1301 Clay Street, Oakland, CA 94612-5217 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam N. Barasch | on behalf of Defendant Mortgage Electronic Registration Systems Inc. adam.barasch@stinson.com |
| Jillian A. Benbow | |

on behalf of Defendant Aldridge Pite LLP ecfcanb@aldridgepite.com, piteduncan@ecf.courtdrive.com

Michael Keough
   on behalf of Defendant Internal Revenue Service michael.keough@usdoj.gov

Peter Winkler
   on behalf of Plaintiff Donald James Runnals pwinkler@winklerlaw.com winklerlaw@aol.com

TOTAL: 4

Form NTCRFAP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re:<br>Donald James Runnals Debtor(s) | Bankruptcy Case No.: 25−41356<br>Chapter: 11 |
|---|---|
| Donald James Runnals Plaintiff(s)<br>vs.<br>PHH Mortgage Corporation Defendant(s) | Adversary No. 25−04031 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by <u>Donald James Runnals</u> with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: <u>11/21/25</u>

        Edward J. Emmons
        Clerk of Court
        United States Bankruptcy Court


        By: <u>Dolores Toscano−Alvarez</u>
              Deputy Clerk


**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.