# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
### Adversary Proceeding #: 25−04031

*Assigned to:* Judge William J. Lafferty
*Lead BK Case:* 25−41356
*Lead BK Title:* Donald James Runnals
*Lead BK Chapter:* 11
*Demand:* 0

*Date Filed:* 08/13/25
*Date Dismissed:* 10/31/25

| Nature[s] of Suit: | | |
|---|---|---|
| | 31 | Approval of sale of property of estate and of a co−owner − 363(h) |
| | 72 | Injunctive relief − other |
| | 71 | Injunctive relief − reinstatement of stay |
| | 01 | Determination of removed claim or cause |
| | 13 | Recovery of money/property − 548 fraudulent transfer |

**Plaintiff**
−−−−−−−−−−−−−−−−−−−−−−−−−

**Donald James Runnals**
9 Middle Rd.
Lafayette, CA 94549
SSN / ITIN: xxx−xx−0115

represented by **Peter Winkler**
Law Offices of Peter Winkler
104A Main St.
Tiburon, CA 94920
(415) 435−2677
Email: pwinkler@winklerlaw.com

V.

**Defendant**
−−−−−−−−−−−−−−−−−−−−−−−−−

**PHH Mortgage Corporation,** *PHH*

represented by **Adam N. Barasch**
Severson and Werson
One Embarcadero Center #2600
San Francisco, CA 94111
(415)677−5533
Email: adam.barasch@stinson.com

**Defendant**
−−−−−−−−−−−−−−−−−−−−−−−−−

**U.S. Bank National Association,** *as Trustee for Lehman Mortgage Trust Mortgage Pass−Through Certificates, Series 2007−2*

represented by **Adam N. Barasch**
(See above for address)

**Defendant**
−−−−−−−−−−−−−−−−−−−−−−−−−

**Mortgage Electronic Registration Systems, Inc.,** *MERS*

represented by **Adam N. Barasch**
(See above for address)

*Defendant*
-----------------------

**Western Progressive, LLC.,** *Western Progressive*

represented by **Adam N. Barasch**
(See above for address)

*Defendant*
-----------------------

**Aldridge Pite, LLP,** *Aldridge*

represented by **Jillian A. Benbow**
Aldridge Pite, LLP
8880 Rio San Diego Drive
Ste 725
San Diego, CA 92108
714−285−2683
Email: ecfcanb@aldridgepite.com

*Defendant*
-----------------------

**Internal Revenue Service,** *IRS*

represented by **Michael Keough**
DOJ−USAO
450 Golden Gate Avenue
San Francisco, CA 94102
415−436−6878
Email: michael.keough@usdoj.gov

*Defendant*
-----------------------

**The Office of the United States Trustee**

represented by **Michael Keough**
(See above for address)

*Defendant*
-----------------------

**Carla K. Cordero**

represented by **Michael Keough**
(See above for address)

*Defendant*
-----------------------

**Paul Leahy**

represented by **Michael Keough**
(See above for address)

*Defendant*
-----------------------

**Michael John Rush**

represented by **Michael John Rush**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 11/04/2025 | 32 | Order On Motion To Dismiss Complaint (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Aldridge Pite, LLP). (rs) (Entered: 11/04/2025) |
| 11/20/2025 | 40 | |

| | | | Memorandum Regarding Filed Pleadings (RE: related document(s)32 Order, 39 Notice of Appeal filed by Plaintiff Donald James Runnals). (rs) (Entered: 11/20/2025) |

| | |
|---|---|
| 1 | Jillian A. Benbow (SBN 246822) |
| 2 | JBenbow@aldridgepite.com<br>**ALDRIDGE PITE, LLP** |
| 3 | 3333 Camino del Rio South, Ste. 225<br>San Diego, CA 92108 |
| 4 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 5 | Attorneys for *Defendant* |
| 6 | Aldridge Pite, LLP |

The following constitutes the order of the Court.
Signed: November 4, 2025

_William J. Lafferty, III_
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | | |
|---|---|---|
| In re | | Case No. 25-41356-WJL |
| DONALD JAMES RUNNELS, | | Chapter 11 |
| Debtor. | | Adv. Case No. 4:25-ap-04031 |
| DONALD JAMES RUNNALS,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION ("PHH"); U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); WESTERN PROGRESSIVE, LLC ("WESTERN PROGRESSIVE"); ALDRIDGE PITE, LLP ("ALDRIDGE"); AND THE INTERNAL REVENUE SERVICE ("IRS"), MICHAEL JOHN RUSH; THE OFFICE OF THE UNITED STATES TRUSTEE; CARLA K. CORDERO; AND PAUL LEAHY, DOES 1-50 AND ALLEGES AS FOLLOWS:,<br><br>Defendants. | | **ORDER ON MOTION TO DISMISS COMPLAINT**<br><br>**Hearing**:<br>Date: October 29, 2025<br>Time: 10:30 A.M.<br>Ctrm: 220<br>Location: 1300 Clay St., Oakland, CA 94612 |

The Motion to Dismiss [Adv. Dkt. 12] the Complaint of *Plaintiff* Donald James Runnals filed by *Defendant* Aldridge Pite, LLP came for hearing on October 29, 2025 in Courtroom 220 of the U.S. Bankruptcy Court for the Northern District of California, located at 1300 Clay St., Oakland, CA 94612, the Honorable William J. Lafferty, presiding.

- 1 -
CASE NO. 4:25-ap-04031
**ORDER ON MOTION TO DISMISS**

| | |
|---|---|
| 1 | Appearances as noted on the record. |
| 2 | Based upon the arguments of counsel, pleadings, filings and record before the Court, and |
| 3 | good cause appearing therefor, for the reasons stated on the record, |
| 4 | **IT IS ORDERED** the Motion to Dismiss filed by *Defendant* Aldridge Pite, LLP is granted |
| 5 | with prejudice. |
| 6 | |
| 7 | \* End of Order \* |

- 2 -  
CASE NO. 4:25-ap-04031  
**ORDER ON MOTION TO DISMISS**

Case: 25-04031   Doc# 30-3   Filed: 11/03/25   Entered: 11/03/25 20:11:31   Page 2 of 3

**Court Service List**

- 3 -  CASE NO. 4:25-ap-04031
**ORDER ON MOTION TO DISMISS**

Case: 25-04031  Doc# 30-3  Filed: 11/03/25  Entered: 11/03/25 20:14:31  Page 6 of 9



The following constitutes the order of the Court.
Signed: November 20, 2025

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 25-41356 WJL |
| Donald James Runnals, Pro Se, | Adversary Proceeding No. 25-04031 |
| Debtor. | Chapter 11 |

**MEMORANDUM REGARDING FILED PLEADINGS**

The above-captioned Chapter 11 case was dismissed on November 14, 2025 [Case No. 25-41356, Dkt. #40] and the corresponding adversary proceeding was dismissed on November 4, 2025 [Adversary Proceeding No. 25-04031, Dkt. #32]. The Court is aware of the numerous pleadings filed since then by Debtor's putative counsel in the main bankruptcy case as well as the adversary proceeding. The Court reminds counsel that if it expects the Court to provide relief on any motion or application, the matter must be set for hearing and properly noticed out to creditors and parties in interest.

The Court is also aware of the Notice of Appeal to District Court filed in the adversary proceeding on November 18, 2025 [Adversary Proceeding No. 25-04031, Dkt. #39] and declines to make a ruling regarding its jurisdiction over the matter.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

**Donald James Runnals**

9 Middle Road

Lafayette, CA 94549


**Peter Winkler**

Law Offices of Peter Winkler

104A Main St.

Tiburon, CA 94920

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 11/20/2025 |
| Case: 25−04031 | Form ID: pdfeoapc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty  Peter Winkler  pwinkler@winklerlaw.com

 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla  Donald James Runnals  9 Middle Rd.  Lafayette, CA 94549

 TOTAL: 1